IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-01382-ZLW-PAC

KENNETH E. PEPER,

    Plaintiff,

v.

DEPARTMENT OF AGRICULTURE OF THE UNITED STATES OF AMERICA;
MIKE JOHANNS, Secretary in his official capacity;
FOREST SERVICE OF THE UNITED STATES OF AMERICA; and
DALE BOSWORTH, as chief in his official capacity,

    Defendants.

## ORDER

The matter before the Court is Defendants' Motion To Reconsider The Court's Order Dated September 5, 2006.  The Court has considered Defendants' motion and determined that to spend additional time litigating the reasonableness of the delay would be a waste of administrative resources that could be used to accomplish the agency review.  The Court notes that Plaintiff submitted his request for a special use authorization almost five years ago, and this case was filed over two years ago. Therefore, it is

ORDERED that Defendants' Motion To Reconsider The Court's Order Dated September 5, 2006 (Doc. No. 29) is denied.

DATED at Denver, Colorado, this ___19___ day of September, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court