IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-01382-ZLW-PAC

KENNETH E. PEPER,

    Plaintiff,

v.

DEPARTMENT OF AGRICULTURE OF THE UNITED STATES OF AMERICA;
MIKE JOHANNS, Secretary in his official capacity;
FOREST SERVICE OF THE UNITED STATES OF AMERICA; and
DALE BOSWORTH, as Chief in his official capacity,

    Defendants.

---

## ORDER

---

The matter before the Court is Defendants' Motion For A Stay Of Proceedings As To Enforcement Of The Deadline Set By The Court Pursuant To Fed. R. Civ. P. 62. The Court has considered Defendants' motion and finds no final appealable judgment has yet been entered in this case.  Therefore, a stay under Fed. R. Civ. P. 62(d) is not available to Defendants.  Any request for leave to file an interlocutory appeal must follow the requirements contained in 28 U.S.C. § 1292.  Therefore, it is

2

ORDERED that Defendants' Motion For A Stay Of Proceedings As To Enforcement Of The Deadline Set By The Court Pursuant To Fed. R. Civ. P. 62. (Doc. No. 31) is denied.

DATED at Denver, Colorado, this ___12___ day of October, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court