IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 04-cv-01382-ZLW-PAC

KENNETH E. PEPER,

    Plaintiff,

v.

DEPARTMENT OF AGRICULTURE OF THE UNITED STATES OF AMERICA;
MIKE JOHANNS, Secretary in his official capacity;
FOREST SERVICE OF THE UNITED STATES OF AMERICA; and
DALE BOSWORTH, as Chief in his official capacity,

    Defendants.

## ORDER

The matter before the Court is Plaintiff's Amended Complaint, filed June 12, 2007. The deadline to amend pleadings in this case was December 30, 2004, pursuant to the November 15, 2004, Scheduling Order. The Court will treat the Amended Complaint as a motion to amend after the Scheduling Order deadline pursuant to Fed. R. Civ. P. 16(a). Having reviewed the case file and the applicable authority, it is

ORDERED that Plaintiff's Amended Complaint (Doc. No. 41), treated as a motion to amend, is denied, and the Amended Complaint is stricken. It is

FURTHER ORDERED that Defendants shall file a reply to Plaintiff's Response And Objection (Doc. No. 42) on or before June 25, 2007. It is

FURTHER ORDERED that a hearing in this case is set for Thursday, July 5, 2007, at 2:00 p.m. in Courtroom A801, Eighth Floor, Alfred A. Arraj United States

Courthouse, 901 - 19th Street, Denver, Colorado 80294, at which time the Court will hear argument concerning Defendants' Notification (Doc. No 37) and Plaintiff's Response And Objection thereto (Doc. No. 42).  It is

FURTHER ORDERED that Plaintiff Kenneth Peper and Assistant United States Attorney Roxane Perruso shall confer and may contact Magistrate Judge Michael E. Hegarty's chambers to schedule a settlement conference before the July 5, 2007, hearing.

It is strongly recommended that Plaintiff obtain legal counsel.  Plaintiff is particularly referred to the Metropolitan Lawyer Referral Service, 899 Logan Street, Suite 408, Denver, CO  80203 (303-831-8000) for assistance in locating an attorney.  If he cannot afford an attorney, Plaintiff is referred to the Colorado Legal Services (formerly Legal Aid Society) (303-837-1313), the Metro Volunteer Lawyers, 1905 Sherman Street, 4th Floor, Denver, CO  80203 (303-830-8210), or the Denver Bar Association Low Fee Match Program (303-824-5344).

DATED at Denver, Colorado, this   14    day of June, 2007.

BY THE COURT:

_____

ZITA L. WEINSHIENK,  Senior Judge
United States District Court