IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-01382-ZLW-PAC

KENNETH E. PEPER,

    Plaintiff,

v.

DEPARTMENT OF AGRICULTURE OF THE UNITED STATES OF AMERICA;
MIKE JOHANNS, Secretary in his official capacity;
FOREST SERVICE OF THE UNITED STATES OF AMERICA; and
DALE BOSWORTH, as Chief in his official capacity,

    Defendants.

_____

ORDER
_____

    This matter was before the Court on July 8, 2007, for oral argument on (1) Defendants' Notification That The Administrative Process Is Complete And Request That Plaintiff's Remaining Claim Be Dismissed, and (2) Plaintiff's Response And Objection To The Defendants' Notification That The Administrative Process Is Complete And Request That Plaintiff's Remaining Claim Be Dismissed.  The Court heard the arguments and statements of counsel, and made oral conclusions of law which are incorporated herein by reference as if fully set forth.  Accordingly, it is

    ORDERED that Defendants' Request That Plaintiff's Remaining Claim Be Dismissed (Doc. No. 37) is granted.  It is

FURTHER ORDERED that Plaintiff's Objection To The Defendants' Notification That The Administrative Process Is Complete And Request That Plaintiff's Remaining Claim Be Dismissed (Doc. No. 42) is overruled.  It is

FURTHER ORDERED that Plaintiff's claim under the Alaskan National Interest Land Conservation Act (ANILCA)[1] is dismissed.  It is

FURTHER ORDERED that Plaintiff may file an Amended Complaint on or before September 18, 2007, setting forth a claim for review of the agency decision under the Administrative Procedure Act (APA),[2] which then shall be the only claim at issue in this case.  The Court thereafter will enter judgment on Plaintiff's dismissed claims pursuant to Fed. R. Civ. P. 54(b).

DATED at Denver, Colorado, this   19    day of July, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court

---

[1] See 16 U.S.C. § 3210 (2000); 36 C.F.R. § 251.54.

[2] 5 U.S.C. §§ 701-706.