IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 04-cv-01382-ZLW-KLM

KENNETH E. PEPER,

    Plaintiff,

v.

DEPARTMENT OF AGRICULTURE OF THE UNITED STATES OF AMERICA;
MIKE JOHANNS, Secretary in his official capacity;
FOREST SERVICE OF THE UNITED STATES OF AMERICA; and
DALE BOSWORTH, as Chief in his official capacity,

    Defendants.

---

ORDER

---

The matter before the Court is Plaintiff's Motion To Clarify Issues For Adjudication And/Or Plaintiff's Motion To Amend Complaint To Include Claim For Prescriptive Rights Under Colorado Statutory Law (Doc. No. 85; May 15, 2008) (Motion To Clarify), Plaintiff's Motion For A De Novo Non-Jury Trial On All Issues Pending In The Second Amended Complaint (Doc. No. 86; May 16, 2008), and Plaintiff's Motion To Supplement The Record With Affidavits, Deposition, And Interrogatory Answers Of The Defendants (Doc. No. 89; May 27, 2008). Pursuant to this Court's orders dated September 3, 2004 (Doc. No. 5) and August 3, 2007 (Doc. No. 49), all "discovery and other non-dispositive motions" have been referred to Magistrate Judge Kristen L. Mix.[1]

---

[1] See D.C.COLO.LCivR 72.1; 28 U.S.C. § 636(b)(1)(A).

On July 3, 2008, Magistrate Judge Mix entered an order granting the Motion To Clarify in part and denying all other requests.[2] Plaintiff timely filed objections on July 9, 2008.[3] Plaintiff's motions have been liberally construed because he is *pro se.*[4]

The Court has reviewed Plaintiff's objections, Defendants' response, the Magistrate Judge's order, and the original motions, responses, and replies. The Court finds the order is neither "clearly erroneous [nor] contrary to law."[5] Rather, the Court finds the Magistrate Judge's order is clear, well reasoned, and correct. This Court joins the Magistrate Judge in stressing that the **APA claim is the sole remaining claim in the case, and further argument regarding either a quiet title action or existence of an easement will not be permitted. These matters have been resolved and are no longer the subject of this case.** Accordingly, it is

---

[2]Order (Doc. No. 95).

[3]Doc. No. 96. Defendants filed a response to Plaintiff's objections on July 18, 2008 (Doc. No. 98) and Plaintiff filed a reply on July 25, 2008 (Doc. No. 100). Neither a response nor a reply is permitted by the rules. See Fed. R. Civ. P. 72(a). However, in the interests of justice, the Court reviewed both the response and reply before entering this Order.

[4]See Trackwell v. United States, 472 F.3d 1242, 1243 (10th Cir. 2007).

[5]28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a).

ORDERED that Plaintiff's Objections To The Order Entered By Magistrate Judge Kristen L. Mix Dated July 3, 2008 (Doc. No. 96; July 9, 2008) are overruled.

DATED at Denver, Colorado, this  6th   day of  August , 2008.

BY THE COURT:

*[signature: Zita L. Weinshienk]*

ZITA L. WEINSHIENK,  Senior Judge
United States District Court