IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 04-cv-01382-ZLW-KLM

KENNETH E. PEPER,

    Plaintiff,

v.

DEPARTMENT OF AGRICULTURE OF THE UNITED STATES OF AMERICA;
MIKE JOHANNS, Secretary in his official capacity;
FOREST SERVICE OF THE UNITED STATES OF AMERICA; and
DALE BOSWORTH, as Chief in his official capacity,

    Defendants.

---

**SPECIAL ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

---

    Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), it is

    ORDERED that this case is referred to Magistrate Judge Kristen L. Mix for purposes of issuing a Recommendation on all of Plaintiff's claims contained in his Second Amended Complaint (Doc. No. 51; Sep. 12, 2007).

    DATED at Denver, Colorado this 5th day of November, 2009.

    BY THE COURT:

    _____
    ZITA LEESON WEINSHIENK, Senior Judge
    United States District Court