IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01382-ZLW-KLM

KENNETH E. PEPER,

    Plaintiff,

v.

DEPARTMENT OF AGRICULTURE OF THE UNITED STATES OF AMERICA,
MIKE JOHANS, SECRETARY IN HIS OFFICIAL CAPACITY,
FOREST SERVICE OF THE UNITED STATES OF AMERICA, and
DALE BOSWORTH, AS CHIEF IN HIS OFFICIAL CAPACITY,

    Defendant,

_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion for Entry of Final Judgment** [Docket No. 107; Filed October 14, 2009] (the "Motion"). Plaintiff seeks a disposition of his remaining claims and entry of a final judgment.

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**. The Court will issue a recommendation regarding Plaintiff's claims in due course.

Dated: September 30, 2010

1